IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff,** | : | Case No.  2:07-CR-251(2) |
| | : | |
| vs. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **JEFFREY CARTER** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

On February 11, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Jeffrey Carter's guilty plea.  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Federal Rule of Criminal Procedure 11(b).  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.  Although Defendant was specifically informed of his right to contest the *Report and Recommendation* and the consequences of his failure to do so, he did not object.  Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's plea of guilty to count three of the information.

IT IS SO ORDERED.

_____s/Algenon L. Marbley_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT

Dated: March 18, 2008

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| **Plaintiff,** | : | Case No.  2:07-CR-251(1) |
| | : | |
| vs. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **RHOSHIIKA CARTER** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On February 11, 2008, the Magistrate Judge issued a *Report and Recommendation*

pursuant to 28 U.S.C. § 636(b)(1) urging the Court to accept Defendant Rhoshiika Carter's guilty

plea.  Defendant, represented by counsel, waived her right to appear on the matter before a

District Judge.  The Magistrate Judge conducted the colloquy required by Federal Rule of

Criminal Procedure 11(b).  Defendant's plea was knowing, voluntary, free from coercion, and

had a basis in fact.  Although Defendant was specifically informed of her right to contest the

*Report and Recommendation* and the consequences of her failure to do so, she did not object.

Accordingly, the Court **ADOPTS** the *Report and Recommendation* and **ACCEPTS** Defendant's

plea of guilty to count three of the information.

**IT IS SO ORDERED.**

_s/Algenon L. Marbley___
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT**

**Dated: March 18, 2008**